## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al | ) ) ) | |
| Plaintiffs, | ) ) | No. 25-cv-08236 |
| | ) | Judge Georgia N. Alexakis |
| v. | ) ) ) | |
| GENESIS PAINTING & DECORATING, CO., an Illinois corporation. | ) ) ) | |
| Defendant. | ) | |

### PLAINTIFFS' MOTION FOR
### JUDGMENT IN A SUM CERTAIN

Plaintiffs, by and through their attorneys, PAUL M. EGAN, JAMES R.

ANDERSON, GRANT R. PIECHOCINSKI, and ARNOLD AND KADJAN, LLP, pursuant to

Fed. R. Civ. P 55, move this Court to enter a final judgment in a sum certain. In support of their

Motion, the Plaintiffs state as follows:

1. This is an action for the recovery of delinquent contributions and other charges due

and owing as a result of the breach of collective bargaining agreements, Declarations of Trust,

and applicable provisions of ERISA. The Complaint was filed on July 18, 2025.

2. Defendant was defaulted by order of this Court dated September 10, 2025.

Defendant has not taken any action to move to set aside the order of default.

3. According to the Affidavit of Richard Wolf, attached hereto as Exhibit 1, based upon

the findings of an audit for the period from April 1, 2025 through September 30, 2025, the

Defendant owes $122,570.74 to Plaintiffs as fully set forth in paragraph 4 of his Affidavit,

consisting of $105,778.21 in contributions, $15,866.73 in liquidated damages on the audit

findings: $2,370.15 and $925.80 for audit costs.

WHEREFORE, Plaintiffs pray that this Court grant the following relief:

A. Enter final judgment in favor of Plaintiffs and against the Defendant, Genesis

Painting & Decorating Co., in the amount of $122,570.74.

Respectfully submitted,

s/s     James R. Anderson
By:     One of Plaintiffs' attorneys

PAUL M. EGAN
JAMES R. ANDERSON
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN, LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

TRUSTEES OF THE CHICAGO PAINTERS )
AND DECORATORS PENSION FUND, et al, )
                                         )
                 Plaintiffs, )      Case No. 25-cv-08236
    v.                                 )
                                           )      Judge: Georgia Alexakis
GENESIS PAINTING & DECORATING, INC., )
an Illinois corporation. )
                                           )
                Defendant. )

## CERTIFICATE OF SERVICE

TO:    Jaime Contreras, President and Registered Agent
        Genesis Painting & Decorating Co.
        10392 Somerset Lane
        Huntley, Illinois 60142

        That the undersigned, an attorney of record, hereby certifies that the Plaintiffs' Motion for Order of Default and for Judgment in a Sum Certain was mailed to the following on November 18, 2025:

                           Jaime Conteras
                           Genesis Painting & Decorating, Co.
                           10392 Somerset Lane
                           Huntley, IL 60142

                                     TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND et al,

                                     By: /s/James R. Anderson

Paul M. Egan
James R. Anderson
Grant R. Piechocinski
ARNOLD AND KADJAN, LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601